| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN # 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | JASON WOODS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00022-JDP |
| *Plaintiff,* | **STIPULATION AND ORDER FOR TEMPORARY RELEASE** |
| vs. | |
| JASON WOODS, | |
| *Defendant.* | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Jason Woods may be temporarily released on June 1, 2018 at 7:30 a.m. for the purposes of a psychiatric evaluation by Dr. Al Howespian at the Office of the Federal Defender at 2300 Tulare Street, Fresno, CA 93721. The parties request a temporary release order to the third party custody of a Federal Defender staff member between the hours of 7:30 a.m. and 1:00 p.m. to allow for the assessment and Mr. Woods's transport from and return to the Fresno County Jail.

The Federal Defenders Office has arranged for a psychological evaluation of Mr. Woods by Dr. Al Howsepian. Dr. Howsepian has a limited window of availability and needs to conduct the interview tomorrow morning at 8:00 a.m. in order to avoid a significant delay. The Fresno County Jail is unable to approve Dr. Howsepian's entry into their facility at this time, due to a

policy requiring a minimum of one week's prior notice. Given that this is a Class B Misdemeanor case, a speedy resolution or determination to proceed to trial is of great importance to Mr. Woods. Having the evaluation performed tomorrow rather than when Dr. Howsepian is next available would permit the parties to resolve this matter quickly and with all of the information necessary.

Federal Defender Staff are available to transport Mr. Woods from Fresno County Jail to the Federal Defenders Office, which is located two blocks from the jail at 2300 Tulare Street, Fresno CA 93721. The evaluation will be conducted at the Federal Defenders Office in the main conference room, and is expected to last between two and four hours. Mr. Woods will remain in the custody of Federal Defender Staff until returned to Fresno County Jail at the conclusion of the evaluation.

Therefore, the parties respectfully request an order from this Court for his temporary release in order to be evaluated by Dr. Howsepian. The parties ask that Mr. Woods be released from Fresno County Jail at 7:30 a.m., and to return to custody immediately upon completion of the evaluation, and no later than 1:00 p.m.

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: May 31, 2018                */s/ Susan St. Vincent*
                                      Susan St. Vincent
                                      Yosemite Legal Officer
                                      Attorney for Plaintiff

                                      HEATHER E. WILLIAMS
                                      Federal Defender

DATED: May 31, 2018                */s/ Hope Alley*
                                      HOPE ALLEY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JASON WOODS

2

WOODS - Stipulation for Temporary Release

# ORDER

IT IS HEREBY ORDERED that Mr. Woods is temporarily released for the purposes of conducting a psychiatric evaluation at the Office of the Federal Defender. Mr. Woods will be physically released to the custody of a Federal Defender staff member, who will transport Mr. Woods to and from the Office of the Federal Defender located at 2300 Tulare Street, Fresno CA 93721.

Mr. Woods shall be released at 7:30 a.m. on June 1, 2018. He shall return to the Fresno County Jail immediately following his evaluation with Dr. Howsepian, and no later than 1:00 p.m. on that same day, June 1, 2018. While on release, Mr. Woods is ordered to remain in the care, custody, and control of Federal Defender Staff and to travel directly from Fresno County Jail to the Office of the Federal Defender, and back immediately following the evaluation. He is further ordered to abide by all laws, and to not consume and alcohol or controlled substance, prescribed or not, during the period of his temporary release.

IT IS SO ORDERED.

Dated: May 31, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE