1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JASON L. WOODS
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,
                                        Case No. 6:18-mj-00022-JDP
12              Plaintiff,

13      vs.                             **STIPULATION TO CONTINUE STATUS
                                        CONFERENCE; ORDER**
14 JASON L. WOODS,

15              Defendant.

16

17      IT IS HEREBY STIPULATED, by and between the parties, through their respective

18 counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal

19 Defender Hope Alley, counsel for Jason Woods, that the Court continue the June 20 status

20 conference to June 27.

21      On May 8, 2018, the Court released Mr. Woods to the custody of WestCare, but ordered

22 that Mr. Woods remain detained until a bed is available. Due to mental health concerns, there was

23 a long delay in Mr. Woods's release to WestCare. Recently, however, WestCare has indicated

24 that it will accept Mr. Woods into its program. Mr. Woods expects to be released to WestCare

25 custody within the coming days. To follow through on this process, the parties request that the

26 Court continue the status conference set for June 20 at 10 a.m. to June 27.

27 //

28 //

|   |                       |                                                                                        |
|---|-----------------------|----------------------------------------------------------------------------------------|
|   |                       | Respectfully submitted,                                                                |
|   |                       | McGREGOR W. SCOTT<br>United States Attorney                                            |
|   | Date: June 19, 2018   | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|   |                       | HEATHER E. WILLIAMS<br>Federal Defender                                                |
|   | Date: June 19, 2018   | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>JASON L. WOODS |

## **O R D E R**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the June 20, 2018 status conference set in Case No. 6:18-mj-0022 is hereby continued to June 27, 2018.

IT IS SO ORDERED.

Dated:   June 19, 2018     /s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE