1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JASON L. WOODS
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12              Plaintiff,                Case No. 6:18-mj-00022-JDP

13 vs.                                    **STIPULATION TO SET FOR PLEA AND
                                          SENTENCING ON SEPTEMBER 25;**
14 JASON L. WOODS,                        **ORDER**

15              Defendant.

16

17        IT IS HEREBY STIPULATED, by and between the parties, through their respective

18 counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal

19 Defender Hope Alley, counsel for Jason Woods, that the Court vacate both the June 27 status

20 conference and the July 6 bail review hearing, and set Mr. Woods's case for plea and sentencing

21 on September 25, 2018 at 10 a.m.

22        On May 8, 2018, the Court released Mr. Woods to the custody of WestCare, but ordered

23 that Mr. Woods remain detained until a bed is available. A bail review hearing was set for July 6,

24 2018 at 2:00 p.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto. Due to mental health

25 concerns, there was a long delay in Mr. Woods's release to WestCare. However, Mr. Woods was

26 transferred to WestCare's custody today and will remain in the program for the next 90 days.

27 Following his completion of the WestCare program, the parties anticipate a change of plea.

28 Accordingly, the parties request that the Court vacate the status conference set for June 27, as well

as the bail review hearing set for July 6, 2018, and set Mr. Woods's case for plea and sentencing on September 25 at 10 a.m.

Furthermore, due to the likelihood that Mr. Woods will be in the custody of either WestCare or Fresno County Jail, defense counsel asks the Court to permit defense counsel and Mr. Woods to appear by video from the U.S. District Courthouse in Fresno.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: June 25, 2018

*/s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 25, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JASON L. WOODS

# O R D E R

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the June 27, 2018 status conference and July 6, 2018 bail review hearing set in Case No. 6:18-mj-0022 are vacated, and the case is set for plea and sentencing on September 25, 2018 at 10 a.m. Mr. Woods and defense counsel may appear by video from the U.S. District Courthouse in Fresno, California, provided that the necessary arrangements are made.

IT IS SO ORDERED.

Dated:   June 25, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE