| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JASON L. WOODS |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00022-JDP |
|---|---|
| Plaintiff, | **MOTION TO ADVANCE PLEA AND SENTENCING TO AUGUST 21 AND APPEAR BY VTC; ORDER** |
| vs. | |
| JASON L. WOODS, | DATE: August 21, 2018 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Jeremy D. Peterson |

Jason Woods, through his attorney, Assistant Federal Defender Hope Alley, respectfully requests that this Court advance the plea and sentencing hearing, currently set for September 25, to August 21, 2018 at 10:00 a.m. The Government has no objection to this request.

Over the past two months, Mr. Woods has resided at the inpatient facility, WestCare, in Fresno, California. According to his counselor, Vincent Monk, Mr. Woods has been doing extremely well and is "the poster child of what is expected of clients" at WestCare. Due to Mr. Woods's progress, his counselor believes that Mr. Woods could complete inpatient treatment at 60 days without relapsing. Mr. Woods would prefer outpatient services over remaining at WestCare because he is currently several hundred miles away from his fiancé and two young sons. Sadly, yesterday Mr. Woods missed Jason Jr.'s first day of kindergarten. Mr. Woods believes that reconnecting with his family is crucial to his rehabilitation. Accordingly, the parties have crafted a resolution that would replace inpatient treatment with extensive outpatient treatment in San

Pablo, California.

Mr. Woods, through his attorney, requests the opportunity to present the resolution to the Court. Additionally, as Mr. Woods is currently in custody at WestCare, he requests to appear by VTC from the U.S. District Courthouse in Fresno. Defense counsel joins in this request so that she may communicate with her client during the hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 16, 2018      */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JASON L. WOODS

## **O R D E R**

The court GRANTS Mr. Woods's request to advance his plea and sentencing hearing. Accordingly, the September 25, 2018 hearing is hereby advanced to August 21, 2018, at 10:00 a.m.

Mr. Woods and defense counsel are permitted to appear by video from the U.S. District Courthouse in Fresno, California, provided that the necessary arrangements are made.

IT IS SO ORDERED.

Dated:  August 16, 2018

UNITED STATES MAGISTRATE JUDGE