HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JASON L. WOODS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00022-JDP |
|---|---|
| Plaintiff, | **MOTION TO MODIFY CONDITIONS OF PROBATION; ORDER** |
| vs. | |
| JASON L. WOODS, | |
| Defendant. | |

      Jason Woods, through his attorney, Assistant Federal Defender Hope Alley, respectfully requests this Court to modify the conditions of his probation as set forth below.

      On August 23, 2018, this Court sentenced Mr. Woods to 109 days in custody with credit for the time served in Fresno County Jail and in the WestCare Inpatient Treatment Facility. In addition, Mr. Woods was placed on 14 months of unsupervised probation. While on probation, Mr. Woods was ordered to enroll in the Gateway Outpatient program within 7 days of the sentencing hearing. *See* Docket 7. He was also ordered to participate in all aspects of the program through the end of probation. However, Gateway discharged Mr. Woods on November 26, 2018. According to the Discharge Summary attached, Mr. Woods successfully completed the outpatient program's treatment plan and goals. Ex. 1. He attended over 25 meetings and was periodically drug tested, testing negatively each time. Given that he has successfully completed the program and that Gateway has discharged him, Mr. Woods respectfully requests that this Court modify the

condition that he attends Gateway for the remainder of probation to "Mr. Woods is ordered to attend Gateway Outpatient until he is discharged from that program for successful completion."

Mr. Woods has continued to comply with each requirement of his probation including residing at Mark Alvarez's residence in Contra Costa County. Mr. Woods is actively seeking employment and is interested in joining the U.S. Army. Gateway discharged Mr. Woods because they determined that further outpatient care is not warranted. Mr. Woods thus respectfully requests the modification described above.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 28, 2018  */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JASON L. WOODS

**O R D E R**

Understanding that the government does not object to the defendant's request, the court GRANTS Mr. Woods's request to modify the terms of his probation. His probation shall be modified as follows: The original condition, that he attend the Gateway program for the duration of probation, is hereby replaced with: "Mr. Woods shall participate in the Gateway Outpatient Treatment Program until he is discharged from that program for successful completion."

IT IS SO ORDERED.

Dated:   January 4, 2019

UNITED STATES MAGISTRATE JUDGE