HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JASON L. WOODS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-MJ-0022 JDP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER VACATING REVIEW HEARING** |
| JASON L. WOODS, | |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Jason Woods, that the review hearing scheduled for September 18, 2019, may be vacated.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

| | |
|---|---|
| 1 | The parties have confirmed that Mr. Woods satisfied all conditions of probation, including inpatient and outpatient treatment.  Although as of this writing he has yet to pay his $30 special assessment, he has represented that it will be paid this week.  The government will confirm payment before Mr. Woods' probation term expires (October 21, 2019). |

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  September 16, 2019          /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JASON WOODS


McGREGOR SCOTT
United States Attorney

Dated:  September 16, 2019          /s/ T. Zindel for S. St. Vincent
                                    SUSAN ST. VINCENT
                                    Legal Officer

ORDER

The September 18, 2019, review hearing is vacated.

IT IS SO ORDERED.

Dated:     September 16, 2019                              _____
                                                                                   UNITED STATES MAGISTRATE JUDGE